FILED
2012 Jul-26 AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT D**

ELECTRONICALLY FILED
8/25/2012 12:48:49 AM
DR-2009-000161.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
CLARENCE HAYNES, CLERK

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | |
|---|---|
| CARLA M. DEUPREE, | * |
| PLAINTIFF, | * |
| vs. | * CIVIL ACTION NO.: DR-2009-161 |
| CHARLES ALLEN DEUPREE, | * |
| DEFENDANT. | * |

## ORDER

This matter came before the Court for a hearing on the Plaintiff's Motion for Sanctions and Amended Motion for Answers and Sanctions on the 8th day of June, 2012. The Plaintiff and Defendant presented evidence through arguments of counsel, testimony and presented exhibits, if any, to the Court. The Court, after considering the evidence, testimony and arguments of counsel, and having reviewed the file; and upon consideration thereof, hereby finds as follows:

1. That the Defendant has failed to answer Interrogatories and Motion to Produce filed by the Plaintiff within ten (10) days from the date of the Order to Compel entered by this Court on February 18, 2010.

2. That the Defendant has willfully failed to answer said discovery which was ordered to be answered on or before February 28, 2010 and is therefore in contempt for failure to answer said discovery.

3. That the Defendant admitted during his testimony that he has disposed of marital assets in violation of the Order entered on April 24, 2009 and December 15, 2009 which prohibits the Defendant from disposing of any assets and that the Defendant was fully aware that he was prohibited from disposing of such assets prior to doing such.

4. The Defendant admitted during his testimony that he sold certain property owned by Tanner Properties, LLC to Bill Gaston (a.k.a Chopper Gaston) in direct violation of the aforementioned orders entered by this Court. The Defendant is receiving approximately $700.00 a month as consideration from Bill Gaston for the purchase of said land from Tanner Properties, LLC.

It is hereby ORDERED as follows:

1. Both parties shall have thirty (30) days from the date of this the hearing on June 8, 2012 to answer and/or produce all pending discovery previously filed by the Plaintiff and Defendant.

2. The Motion for Sanctions filed by the Plaintiff will be reserved pending completion of discovery or upon such other time as this court deems appropriate.

3. The Motion to Dissolve the previous Orders of this Court dated April 24, 2009 and December 15, 2009, which prohibited the Defendant from disposing of any assets, which was made orally is respectfully Overruled and denied.

4. The Plaintiff is hereby awarded a Judgment in the amount of $29,000.00, plus interest in the amount of $3,375.00, against the Defendant for the Defendant's failure to pay to the Plaintiff temporary support every month at the rate of $1,000.00 from February of 2010 through June of 2012.

5. Suburban Gas Propane Partners, LLC is hereby ordered to pay to Clarence E. Haynes, the Circuit Clerk of Talladega County, any amounts due to Deupree Gas or Charles Allen Deupree, individually, which was previously ordered by this Court on December 15, 2009. Suburban Gas Propane and/or Thompson Gas shall also provide documentation which sets forth all current amounts owed to Deupree

Gas or to Charles Allen Deupree, individually, as well as a scheduling and/or summary of any amounts/payments owed to Deupree Gas or to Charles Allen Duepree, individually, which are due and payable over time as a note, annuity, or any other agreement to provide periodic payments. Additionally, Suburban Gas and/or Thompson Gas shall pay to the Circuit Clerk of Talladega County any future money or payments due to Deupree Gas or Charles Allen Deupree, individually, as such becomes due and payable. Such information, along with said funds which are to be paid over to the Circuit Clerk of Talladega County, shall reference case number DR-2009-161.

6. Bill Gaston (a.k.a Chopper Gaston) is hereby ordered to pay to Clarence E. Haynes, the Circuit Clerk of Talladega County, the $700.00 monthly payments due to Charles Allen Deupree and/or Tanner Properties, LLC each and every month until the purchase price for said property is paid in full or until such time as this Court orders otherwise. Such monthly payments made to the Circuit Clerk of Talladega County shall reference case number DR-2009-161.

7. Any money/payments owed to Deupree Gas or Charles Allen Deupree by Suburban Gas and/or Thompson Gas is hereby prohibited from being assigned by any entity or individual. The Plaintiff is hereby granted a priority lien against any monies or payments payable from Suburban Gas and/or Thompson Gas to Deupree Gas and/or Charles Allen Deupree, individually. Said lien shall attach to all monies currently owed and all monies due and payable in the future.

8. That a copy of this Order be forwarded to counsel of record for all parties.

DONE AND ORDERED this the 25th day of June, 2012.

JEB FANNIN
CIRCUIT JUDGE