# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JOY DEUPREE and** <br><br> **DEUPREE OF SYLACAUGA, INC.,** <br><br> PLAINTIFFS, <br><br> VS. <br><br> **SUBURBAN GAS PROPANE PARTNERS, LLC, and** <br><br> **THOMPSON'S GAS AND ELECTRIC SERVICE, INC.,** <br><br> DEFENDANTS. | **CIVIL ACTION NUMBER:** |

## PLAINTIFFS' FIRST AMENDED COMPLAINT

**COMES NOW** Plaintiffs, by and through their attorney of record, and respectfully file this First Amended Complaint as follows:

1.      Except as set out below, Plaintiffs adopt and reallege in its entirety all of the Counts, Claims, Paragraphs, and Allegations of Plaintiffs' Original Complaint.

2. Plaintiffs amend Paragraph 4 of the previously filed Complaint as follows:

> "4. Defendant Suburban Gas Propane Partners, LLC ("Suburban") is a limited liability company organized under the laws of Maryland with its principal place of business in Maryland. The Organizing Member of Suburban is Matthew F. Gorra, who Plaintiffs aver, based on information and belief, is a resident citizen of Maryland over the age of nineteen (19) years. The other members of Suburban, if any, are unknown, but Plaintiffs aver, based on information and belief, that these members are *not* resident citizens of Alabama."

3. All remaining allegations of the Plaintiff's previously filed Complaint remain the same, and the Plaintiff incorporates and adopts same herein by reference the same as if fully set out herein.

Respectfully submitted this 9th day of August 2012.

                                 /s/ Lisa M. Ivey_____
                                Lisa M. Ivey
                                asb-2264-a36i
                                Attorney for Plaintiffs
                                301 North Walston Bridge Road
                                Suite 102
                                Jasper, Alabama 35504
                                (205) 384-1411
                                lmivey@sonet.net

PLAINTIFFS HEREBY REQUEST SERVICE UPON THE DEFENDANTS VIA CERTIFIED MAIL

SUBURBAN GAS PROPANE PARTNERS, LLC
6708 OLD NATIONAL PIKE
BOONSBORO, MD 21713

THOMPSON'S GAS AND ELECTRIC SERVICE, INC.
6708 OLD NATIONAL PIKE
BOONSBORO, MD 21713